IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**RODNEY JAMES-BEY, SR., # 203530,** :

    **Plaintiff,** :

vs. : **CIVIL ACTION 10-0522-KD-N**

**CYNTHIA DILLARD, et al.,** :

    **Defendants.** :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

**DONE** this 26th day of January, 2011.

                                           s/ Kristi K. DuBose
                                           KRISTI K. DuBOSE
                                           UNITED STATES DISTRICT JUDGE